UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| **United States of America** § | |
| § | |
| vs. § | Case Number:  DR:22-M -00361(1) |
| § | |
| **(1) Jessica Hope Banks** § | |

### ORDER RESETTING PRELIMINARY EXAMINATION / DETENTION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for 2:00 PM, in Courtroom 2, on the Second Floor of the United States Courthouse, 111 E. Broadway, Del Rio, TX, on March 02, 2022.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office, and any surety or custodian, if applicable.  Further, counsel for the defendant shall notify the defendant of this setting.  If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this 22nd day of February, 2022

_____
**COLLIS WHITE**
**UNITED STATES MAGISTRATE JUDGE**